THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NORMAN J. BRABSON, Appellant.

Argued November 29, 1954; decided December 31, 1954.

*Paul R. Shanahan* for appellant.

*Frank S. Hogan, District Attorney* (*Leonard·E. Reisman* and *Richard G. Denzer* of counsel), for respondent.·

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE and VAN VOORHIS, JJ. Taking no part: FULD and FROESSEL, JJ.